# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | Case No. 3:10-00260(21) |
| | ) | Judge Haynes |
| FUAD FAISAL NUR. | ) | |

## DEFENDANT FUAD NUR'S MOTION FOR LEAVE OF COURT TO JOIN PREVIOUSLY FILED MOTIONS

Comes now Fuad Faisal Nur, by and through counsel, and would move this

Honorable Court for an Order allowing counsel for Mr. Nur to join in the following

previously filed motions in this case:

| Docket No. | Motion |
|---|---|
| 1068 | Motion for Disclosure of Pre-Trial Agreements filed by Mohamed Amalie |
| 1077 | Motion to require Government to reveal statements it intends to use as co-conspirators statements filed by Fatah Hashi |
| 1102 | Motion to suppress Case Agent Summary filed by Ahmad Ahmad |
| 1108 | Motion for Change of Venue and (1109) Memorandum in Support filed by Andrew Kayachith |

*ORDER*

*This motion is GRANTED*

*[signature]*

*1-12-12*

This Motion is filed notwithstanding the pending Motion by the Defendant for an

extension of time in which to file pretrial motions (Docket Entry # 1024).

Respectfully Submitted,

/s/ Barry R. Tidwell
Barry R. Tidwell
218 W. Main Street
Murfreesboro, Tennessee 37130
(615) 893-1239