UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) NO. 3:10-00260 |
| | ) JUDGE HAYNES |
| FUAD FAISAL NUR #21 | ) |

**UNITED STATES MOTION TO STRIKE LANGUAGE FROM THE SECOND SUPERSEDING INDICTMENT AND NOTICE OF EXCULPATORY MATERIAL AS TO DEFENDANT FUAD FAISAL NUR**

[Handwritten annotation: "ORDER — This motion is GRANTED. William [Haynes?] 3-13-12"]

Comes now the United States, by and through the undersigned, and respectfully requests the court strike defendant Fuad Faisal Nur's (#21) name from the following paragraphs of the Second Superseding Indictment: ¶ 12, ¶ 13, ¶ 15, and ¶ 16.

On Saturday, March 10, 2012, Jane Doe Two informed the United States that these paragraphs of the Second Superseding Indictment should not include defendant Fuad Faisal Nur and that to Jane Doe Two's knowledge Fuad Faisl Nur was not involved in the acts contained in those paragraphs. Jane Doe Two identified the person involved who is an unindicted individual.

Jane Doe Two stated on March 10, 2012, that Fuad Faisal Nur was involved in the event set forth in ¶ 18 of the Indictment. Jane Doe Two further stated that in relation to the incident listed in ¶ 18 that defendant Nur # 21 engaged in a sex act with Jane Doe Two and also attempted to solicit persons to pay to have sex with Jane Doe Two. The date in May 2007 that this act occurred is set forth in the Bill of Particulars filed by the United States on March 11, 2012. This date is on or about May 7, 2007. Jane Doe Two stated that prior to the May 2007 incident she had not had contact with