UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:10-00260 (21) |
| ) | Judge Haynes |
| FUAD FAISAL NUR (21) ) | |

**DEFENDANT FUAD FAISAL NUR'S MOTION TO CONTINUE SENTENCING HEARING**

Comes now Fuad Faisal Nur, by and through counsel, and would move this Honorable Court for and Order continuing the sentencing hearing in this case until the last week of July, 2012. As grounds for this request counsel would show the Court the following:

1. The Court has previously set the sentencing hearing in this case for June 25, 2012 at 4:00 p.m. (Docket Entry 2588).

2. Counsel for Mr. Nur will be out of the State of Tennessee on June 25, 2012, due to a preplanned meeting with a client in the case of *United States v. Joy Marie Lewis*, MDTN case no. 2:11-00002. The travel arrangements are prepaid and counsel will not be back in Nashville until 8:30 p.m. on June 25, 2012.

3. Counsel has additionally filed supporting pleadings under seal illustrating further grounds for the relief sought in this Motion.

THEREFORE, counsel would move the Court to continue the sentencing hearing of Mr. Nur until the last week of July, 2012, or until another date at least four weeks from the previous setting that would be convenient with the Court's calendar.

*[Handwritten annotation in right margin:]* The motion is GRANTED. Counsel shall submit an Agreed Order as the date and time for the hearing. [illegible signature] 6-22-12