IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:10-cr-00260 |
| ) | Chief Judge Haynes |
| FUAD FAISAL NUR, ) | |
| Defendant. ) | |

## ORDER

A revocation hearing is set in this action for **Monday, July 28, 2014 at 3:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 15th day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge