IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:10-cr-00260-21 |
| v. ) | Chief Judge Haynes |
| ) | |
| FAUD FAISAL NUR ) | |

## ORDER

This action came before the Court on July 28, 2014, for a hearing regarding violations of the Defendant's conditions of supervised release. For the reasons set forth on the record in open court, the Defendant's supervised release is **REVOKED**. Defendant is **SENTENCED** to time served. Upon Defendant's release from custody, Defendant's original term of supervised release will resume.

It is so **ORDERED**.

ENTERED this the 28th day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge